IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.  11-cv-02812-WJM-BNB** | **Date:  May 29, 2012** |
| Courtroom Deputy:    Cathy Coomes | FTR BNB COURTROOM A-401 |

JOE CHRISTOPHER EARLS,                                      Eric S. Howard

    Plaintiff,

v.

COLORADO SPRINGS SCHOOL DISTRICT 11,         Susan Campbell
                                                                                                                                                                                                       Debbie Menkins

    Defendant.

## COURTROOM MINUTES

**TELEPHONIC MOTIONS HEARING**

Court in session:        1:33 p.m.

Appearances of counsel by telephone.

Court's opening remarks.

Discussion regarding the Stipulated Motion for Permission to Disclose Education Records and for Protective Order (Doc. #15, filed 5/11/12) and the Motion for Stipulated Protective Order Governing Confidential Information (Doc. #16, filed 5/11/12).

**ORDERED:**  1.    The Stipulated Motion for Permission to Disclose Education Records and for Protective Order (Doc. #15, filed 5/11/12) is GRANTED as stated on the record.

                2.    The Motion for Stipulated Protective Order Governing Confidential Information (Doc. #16, filed 5/11/12) is GRANTED as stated on the record. The Court will enter the Protective Order with the change discussed on the record.

Court in Recess        1:39 p.m.        Hearing concluded.    Total time in Court: 6 minutes

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.